UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: MADERE & SONS TOWING, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO.   22-4535 c/w |
| | * | 23-1073 |
| | * | 23-1074 |
| | * | |
| | * | SECTION: "G" |

### ORDER ON CLAIMANT JEFF HARRINGTON'S
### MOTION TO BIFURCATE LIMITATION PROCEEDINGS

This Court, having considered Claimant Jeff Harrington's Motion to Bifurcate Limitation Proceedings, all responsive briefing, and the arguments of counsel, if any, is of the opinion that it should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Claimant Jeff Harrington's Motion to Bifurcate Limitation Proceedings is in all things GRANTED. The Court hereby bifurcates the issues of exoneration and limitation of liability from the non-limitation issues for purposes of trial.

SIGNED this, the _____ day of _____, 2023.

_____
PRESIDING JUDGE